# EXHIBIT H

Financial Business Group Holdings
Consolidated Balance Sheet
August 31, 2019

## ASSETS

| | |
|---|---|
| Current Assets | |
| Cash | 27,831,985.51 |
| Restricted Cash | 650,000.00 |
| Funds Held for Clients | 238,127,642.69 |
| Accounts Receivable-Trade | 1,034,153.41 |
| Accounts Receivable-Other | 40,990.00 |
| Interest Receivable | 598,119.01 |
| Notes Receivable Current | 325,730.15 |
| Prepaid Expenses | 604,857.05 |
| Inventory | 75,709.15 |
| | |
| Total Current Assets | 269,289,186.97 |
| | |
| Property and Equipment | 3,081,219.45 |
| Office Building | 2,473,349.48 |
| Notes Receivable | 4,882,234.07 |
| Notes Receivable-Other | 16,583.16 |
| Refundable Deposits | 9,024.68 |
| Acquisitions | 475,555.15 |
| Patent | 4,275.00 |
| Goodwill | 2,407,299.46 |
| Intercompany-Assets | 1,378,738.16 |
| | |
| Total Assets | 284,017,465.58 |

## LIABILITIES AND CAPITAL

| | |
|---|---|
| Current Liabilities | |
| Accounts Payable | 323,975.11 |
| Sales Tax Payable | 1,478.89 |
| Wages Payable | 272,230.29 |
| Accrued Vacation | 390,738.35 |
| Accrued Expenses | 424,281.10 |
| Unearned Revenue | 68,185.00 |
| Funds Held For Clients | 237,986,784.68 |
| | |
| Total Current Liabilities | 239,467,673.42 |
| | |
| Notes Payable | 36,686,892.76 |
| Notes Payable-Other | 13,063,529.00 |
| SAR Liability Accrual | 123,114.00 |
| Intercompany-Liabilities | 1,378,738.16 |
| | |
| Total Liabilities | 290,719,947.34 |
| | |
| Capital | |
| Common Stock | 10,100.00 |
| APIC | 3,351,827.51 |
| Unearned ESOP Shares | ########### |
| Retained Earnings | 10,480,324.83 |
| Net Income | 1,127,604.77 |
| | |
| Total Capital | (6,702,481.76) |
| | |
| Total Liabilities & Capital | 284,017,465.58 |

Unaudited - For Management Purposes Only