# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Cachet Financial Services

        vs.        CASE NUMBER: **1:19-cv-1181 (FJS/CFH)**

MyPayrollHR; Michael Mann; Valuewise Corporation; Ross Personnel Consultants Inc.; Southwestern Payroll Services Inc.; Essque, Inc. (d/b/a Heutmaker Business Advisors); and Does 1-10

    I, JOHN M. DOMURAD, CLERK, by Kimberly Pikarsky, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 23rd day of January, 2020 against MyPayrollHR, Michael Mann, Valuewise Corporation, and Ross Personnel Consultants Inc.

Dated:    January 23, 2020

*/s/ John Domurad*
Clerk of Court

By: s/ Kimberly Pikarsky

Deputy Clerk